FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 8 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

**KYLE STEPHEN CORONEOS,**
an individual

                           **Plaintiff**

v.                                                    Civil Case No. 4:15cv 716-BSM

**ANDREW JACKSON SOMERS III,**
an individual doing business as
Crowd Spot Media

                           Defendant **This case assigned to District Judge Miller
                           and to Magistrate Judge _____ Ray**

## VERIFIED COMPLAINT

Plaintiff, Kyle Stephen Coroneos ("Plaintiff"), for his Complaint against Defendant Andrew Jackson Somers III ("Defendant), hereby states and alleges as follows:

## THE PARTIES

1.    Plaintiff is an individual residing within Travis County, Texas.

2.    Defendant is an individual residing within Pulaski County, Arkansas.

3.    Upon information and belief, Defendant conducts business in Little Rock, Arkansas under the unregistered fictitious business name of Crowd Spot Media and/or Crowd Spot Media LLC.

4.    Defendant is personally liable for any liability and damages caused by Crowd Spot Media LLC because, among other things, he has the right and ability to supervise the infringing activity, and an obvious and direct financial interest in exploitation of Plaintiff's copyrighted material.

## JURISDICTION AND VENUE

5.      This action arises under the copyright and unfair competition laws of the United States, 17 U.S.C. §§ 101, et seq. and 15 U.S.C. §§ 1051, et seq., as amended.

6.      This Court has jurisdiction over Plaintiff's unfair competition claims pursuant to 28 U.S.C. §§ 1331 and 1338(b) because these claims are joined with a substantial and related claim under the copyright laws.  Further, this Court has supplemental jurisdiction over all pendent state law claims pursuant to 28 U.S.C. § 1367 because such claims are so related to claims in this action within this Court's original jurisdiction that they form part of the same case or controversy.

7.      This Court has diversity jurisdiction over all the claims as the amount in controversy exceeds $75,000.00, Plaintiff and Defendant are of diverse citizenship pursuant to 28 U.S.C. § 1332.

8.      Venue is proper pursuant to 28 U.S.C. §§ 1391(b), 1391(c)  and 1400 (a).

## COMMOM FACTS

9.      Plaintiff conducts business on SavingCountryMusic.com, a website devoted to providing readers with original content concerning news in the country music entertainment industry.

10.      Plaintiff regularly writes reviews of music albums, and articles featuring newsworthy content (collectively "Works"); Exhibit A hereto is a representative sample of some of Plaintiff's original content posted on SavingCountryMusic.com ("Saving Country Music").

2

11.     Each of Plaintiff's Works is an original work of authorship, the product of Plaintiff's own creativity, skill, labor and judgment, and is copyrightable under the laws of the United States.

12.     Exhibit B hereto is a copy of Plaintiff's Certificate of Copyright Registration No. TX 7-913-372 for Saving Country Music articles from mid-January to early February of 2014, including a sample Work of Exhibit A hereto.

13.     Exhibit C hereto is a copy of Plaintiff's Certificate of Copyright Registration No. TX 7-913-385 for Saving Country Music articles from Mid February to early May 6 of 2014, including a sample Work of Exhibit A hereto.

14.     Exhibit D hereto is a copy of Plaintiff's Certificate of Copyright Registration No. TX 7-913-380 for selected works from SavingCountryMusic.com from mid May to mid June of 2014, including a sample Work of Exhibit A hereto.

15.     Plaintiff is currently, and at all times relevant to this Complaint has been, the sole owner of all right, title and interest in and to the Copyrighted Works protected by said three copyright registrations (the "Copyrighted Works").

16.     Defendant had actual notice of Plaintiff's copyrights in Plaintiff's Copyrighted Works.

17.     Defendant infringes many of Plaintiff's Copyrighted Works by verbatim copying, and by using Plaintiff's Copyrighted Works as templates for derivative works based thereon (collectively the "Infringing Works"), without Plaintiff's permission.

3

18.     Exhibit E hereto is a representative sample of an Infringing Work that infringes Plaintiff's Certificate of Copyright Registration No. TX 7-913-372, Exhibit B hereto.

19.     Exhibit F hereto is a representative sample of an Infringing Work that infringes Plaintiff's Certificate of Copyright Registration No. TX 7-913-385, Exhibit B hereto.

20.     Exhibit G hereto is a representative sample of an Infringing Work that infringes Plaintiff's Certificate of Copyright Registration No. TX 7-913-380, Exhibit C hereto.

21.     Each of Defendant's Infringing Works is displayed to the public in the same fashion as Plaintiff's Copyrighted Works, on Defendant's competing website at CountryMusicNation.com.

22.     The substantial similarity between each of Defendant's Infringing Works and the corresponding Copyrighted Work of Plaintiff's is likely to deceive potential customers into believing that Defendant's CountryMusicNation.com is affiliated with or approved by Plaintiff, or otherwise mistakenly believing that Defendant's Infringing Works are authorized, sponsored or endorsed by Plaintiff.

23.     Defendant's unauthorized use of Plaintiff's Copyrighted Works undermines Plaintiff's revenues derived from Plaintiff's creation and posting of such Works on SavingCountryMusic.com.

24.     Defendant engaged in an unconscionable, false or deceptive act or practice in business in connection with the Infringing Works and Plaintiff's Copyrighted Works by, among other things:

4

a.      falsely representing or implying that the Infringing Works are sponsored or
approved by Plaintiff; and

b.      falsely representing or implying that Defendant and Plaintiff are affiliated,
connected and/or associated.

## COUNT I - COPYRIGHT INFRINGEMENT

25.     Plaintiff re-alleges and incorporates by reference each and every allegation set
forth in paragraphs 1 through 24 of this Verified Complaint, as though fully set forth herein.

26.     Defendant's misconduct alleged herein constitutes copyright infringement under
17 U.S.C. §501.

27.     Upon information and belief, the misconduct of Defendant alleged herein has
been committed intentionally, with knowledge of Plaintiff's rights, willfully and in deliberate
disregard of Plaintiff's rights.

28.     Defendant's continued misconduct alleged herein threatens imminent irreparable
harm to Plaintiff.

29.     As a direct and proximate result of the misconduct of Defendant alleged herein,
Plaintiff has suffered and will continue to suffer irreparable harm for which he cannot be
adequately compensated by money damages, entitling Plaintiff to permanent injunctive relief
enjoining Defendant from continuing the misconduct alleged herein.

30.     As a direct and proximate result of the misconduct of Defendant alleged herein,
Plaintiff is entitled to recover from Defendant (a) actual damages, (b) all gains and profits
realized by Defendant as a result of his infringing misconduct, (c) statutory damages, increased
to $150,000 per work infringed for Defendant's willful infringement, (d) all costs and expenses

5

incurred by Plaintiff in this action, including reasonable attorney fees, and (e) and accounting of all gains and profits realized by Defendant as a result of misconduct alleged herein.

## COUNT II - FEDERAL UNFAIR COMPETITION

31.     Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 24 of this Verified Complaint as though fully set forth herein.

32.     Defendant's misconduct alleged herein constitutes unfair competition under §43(a) of the Lanham Act, 15 U.S.C. § 1125(a), by making false designations of Plaintiff's Copyrighted Work as Defendant's own for a commercial purpose.

33.     Upon information and belief, the misconduct of Defendant alleged herein has been committed intentionally, with knowledge of Plaintiff's rights, willfully and in deliberate disregard of Plaintiff's rights.

34.     As a direct and proximate result of the misconduct of Defendant alleged herein, Plaintiff has suffered and will continue to suffer irreparable harm for which it cannot be adequately compensated by money damages, entitling Plaintiff to permanent injunctive relief enjoining Defendant from continuing the misconduct alleged herein.

35.     As a direct and proximate result of the misconduct of Defendant alleged herein, Plaintiff has suffered and will continue to suffer general and special damages including, but not limited to, damage to Plaintiff's business and reputation, resulting in the loss of earnings and profits in an amount to be proven at trial.

36.     As a direct and proximate result of the misconduct of Defendant alleged herein, Plaintiff is entitled to recover from Defendant (a) actual damages, (b) all gains and profits realized by Defendant as a result of its infringing misconduct, (c) all costs and expenses incurred by Plaintiff in this action, including reasonable attorney fees, and (d) and accounting of all gains and profits realized by Defendants as a result of the misconduct alleged herein.

6

## COUNT III - COMMON LAW UNFAIR COMPETITION

37.     Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 24 of this Verified Complaint, as though fully set forth herein.

38.     Defendant's misconduct alleged herein constitutes unfair competition under Arkansas common law.

39.     The misconduct of Defendant alleged herein misappropriates Plaintiff's goodwill.

40.     As a direct and proximate result of the misconduct of Defendant alleged herein, Plaintiff has suffered and will continue to suffer irreparable harm for which it cannot be adequately compensated by money damages, entitling Plaintiff to permanent injunctive relief enjoining Defendant from continuing the misconduct alleged herein.

41.     As a direct and proximate result of the misconduct of Defendant alleged herein, Plaintiff has suffered and will continue to suffer general and special damages including, but not limited to, damage to Plaintiff's business and reputation, resulting in the loss of earnings and profits in an amount to be proven at trial.

42.     As a result of the unfair competition alleged herein, Plaintiff is entitled to recover from Defendant (a) actual damages realized by Plaintiff; (b) any gains, profits and/or advantages realized by Defendants; and (c) all costs and expenses, including reasonable attorney fees incurred by the Plaintiff in this action.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a jury trial and prays for judgment against Defendant as follows:

(a)     for a permanent injunction against Defendant and his agents, servants, representatives, employees, attorneys, related companies, partners, successors, predecessors,

7

assigns, and all persons acting for, with, by, through, or under them, and each of them, restraining and enjoining them from directly or indirectly engaging in any further misconduct in connection with Plaintiff's Copyrighted Works or any derivative thereof, and/or enjoining said Defendant from continuing to reproduce, display, offer for sale, sell, distribute, license, lease or otherwise transfer any interest in any work substantially or confusingly similar to any of Plaintiff's Copyrighted Works or any work derived therefrom;

(b)     for an award of damages in an amount to be proven at trial, but in no event less than $150,000.00 per Work infringed, consisting of: (1) the statutory and/or actual damages sustained by Plaintiff as a result of Defendant's misconduct, together with all gains, profits or advantages realized by Defendant as a result of his unlawful and infringing acts; and (2) punitive damages in an amount sufficient to punish Defendant for his willful and wanton violations of law;

(d)     for all costs and expenses of this action, including reasonable attorney's fees incurred by Plaintiff in this action;

(e)     for prejudgment and post-judgment interest at the maximum legal rate; and

(f)     for such other and further relief as the Court may deem proper.

Respectfully submitted,

CALHOUN LAW FIRM
P.O. Box 251504
Little Rock, AR 72225
Telephone: 501-374-1700
Fax to: 501-801-1193
Joe.Calhoun@CalhounLawFirm.com

Joe D. Calhoun (Ark. Bar No. 85021)
Attorneys for Plaintiff

8

## **VERIFICATION**

STATE OF TEXAS

COUNTY OF TRAVIS

     I, Kyle Stephen Coroneos, having personally reviewed the allegations contained in the above stated Complaint, do hereby verify under oath that the allegations contained in the foregoing Verified Complaint are, to the best of my knowledge, information and belief, true and correct.

*Kyle Coronn*

Kyle Stephen Coroneos

9





- Home
- About
- Mailing List
- Radio
- LIVE
- Contact
- Charter
- Advertise



| Mitchell Getting 'Stronger Each Day,' Remains Hospitalized | Singer-Songwriter Sandy Mason Passes | Can digital music companies win over countr |

Jan
13

# Travis Tritt: Artists Are Portraying "Something They Aren't"

January 13, 2014 - By Trigger // Random Notes // 31 Comments



Photo: Courtesy of Travis Tritt

Travis Tritt was seen as the no frills, Southern rock representative for the now legendary "Class of '89" contingent of breakout stars in country music; a class that also included Clint Black, Alan Jackson, and Garth Brooks. While his sound leaned heavy on electric guitar and he coined himself as a "No Hat" act early on along with long-time friend Marty Stuart, Travis Tritt also remained in the good graces of many of the greats that in some respects got shoved aside by the Class of '89, including Waylon Jennings.

Tritt's undeniable authenticity and straight shooting approach once had Waylon saying about him, *"Travis is about my favorite new singer. What a talent, and a writer. He hones his songs, cares about them, and he knows how to work that rock-and-roll hoofbeat so it turns into a stampede. For me, he's a cross between Hank Williams and Ray Charles."*

In some respects, time has forgotten just how big, and just how true Travis Tritt was back in the 90's, and that is the crux of a recent Peter Cooper-penned feature on Tritt for The Tennessean. Tritt is recording a "Travis Tritt & Friends Live Acoustic" DVD during the next couple of nights at the Franklin Theater in Nashville's famous suburb, and the stripped-down approach is a chance for Tritt to showcase his skills as a songwriter and picker, not just a full-tilt country rocker, something that Tritt is better at than some may assume (see below), and something some of Tritt's country music contemporaries would not be able to pull off.

Tritt told Peter Cooper that artists theses days are being "stifled" by the business of country music that thinks it knows what's right for artists. But according to Tritt, that's not always the case.

EXHIBIT
A-1

There's a mentality in the country music world of Nashville that says, "You don't know anything, and we know how to do this." It's "We know what's best for you. You get to the microphone, sing what we tell you to sing, play what we tell you to play, and you'll be fine." That scares people away from branching out and doing things that creatively are out of the box.

The music business establishment does not have a crystal ball. They do not know everything that they tell you they know. I'd say to any of the new people coming out, 'Find the courage to step out and try it your way.' Otherwise, what we get is a cookie-cutter mentality that isn't good for artists who are having to portray themselves as something they aren't, or that are capable of doing so much more but are being stifled.

Tags Alan Jackson, Clint Black, Garth Brooks, Marty Stuart, Peter Cooper, Travis Tritt, Waylon Jennings



**Share this article:**

$\aleph$+1   1

## 31 Comments to "Travis Tritt: Artists Are Portraying "Something They Aren't""



**Rachel** January 13, 2014 at 10:05 am

Inspiring, smart and poetic

 5 likes

Reply



**Canuck** January 13, 2014 at 10:08 am

Great short article on Travis Tritt. Having seen him in concert he is most certainly talented, and a better musician than some give him credit for. While he leaned/leans more towards southern rock, he's most certainly country. For a long while, it seemed that he would be the heir to the Outlaw Throne, but he's proven himself to be more than that, in his own quiet, talented way.

And he's absolutely right. Until younger artists either take a more DIY approach, or stop worrying about what the powers that be want, the "New Country Sound" will stagnate. Granted, both choices are huge risks, as most artists need some sort of infrastructure to support them, but until good numbers of artists start stepping outside the box, what we're hearing is what we'll get.

I think it's also a sad thing to note that Travis Tritt doesn't get a lot of airplay these days, either. He's almost lumped into "classic country" territory. He's not FGL or Luke Bryan, so most country radio (minus those with some variety) doesn't give a damn about a talented artist that they think isn't marketable right now. Shame on them.

 11 likes

Reply



**HossDiesel** January 13, 2014 at 10:10 am

Good for Tritt! He was a gateway artist for me when I was a teen in the 90s as he turned me on to Waylon, Marty Stuart and all the other great artists he'd namedrop in songs. IMO, Tritt had/has one of the most versatile voices – up there with Raul Malo – in terms of his ability to sing just about anything and nail it (old R&B, country, southern rock, soul, etc.). Ten Feet Tall & Bulletproof and The Restless Kind (holy smokes, did Don Was nail the production on that album) are enduring favorites. I always thought he was a few filler ballads away from some classic albums





OVERSEAS AND IN TOUCH.
Join us and save with new options for global travel starting at $15 month.

Find Out More



- Home
- About
- Mailing List
- Radio
- LIVE
- Contact
- Charter
- Advertise



| t | Why Hank Williams, Jr. Belongs In Country Music Hall of Fame | Nashville Songwriters Hall of Famer Wayne Kemp dies |

Mar
4

## Don Williams Covers Townes Van Zandt's "I'll Be Here In The Morning"

March 4, 2014 - By Trigger // Reviews // 19 Comments



For eight lonely years in the oughts we traversed the long, dark gulf between Don Williams releases, when country music's "Gentle Giant" retired to his farm to live the same warm, reflective life referenced in many of his songs with such soothing presence. A Don Williams song is like being young again and wrapped in the loving, reassuring arms of a grandparent. Sure, there's a few other country music artists that can play songs in the mid tempo and sing so quietly to where their voice is as delicate as the sides of a soap bubble. But nobody can do it while being as cool as Don Williams.

After releasing *And So It Goes* through Sugar Hill records in 2012, Don Williams has all of a sudden become downright prolific in the new decade, and his latest release *Reflections* is due out on Sugar Hill March 11th. Ahead of the release Don teases us with a new song, an adaptation of Texas songwriting legend Townes Van Zandt's beautiful, disarming tune of love triumphing over freedom, "I'll Be Here In The Morning."

Released on Van Zandt's first official studio record, 1968's *For The Sake Of The Song*, "I'll Be Here In The Morning" was counter to the popular "Ramblin' Man" notions prevailing at the time in music with male musical characters issuing warnings to their lovers to not expect them to be around for long. The poetic ear the young Van Zandt displays in the song is highly worthy of recognition, even if the theme wasn't popular or resonant in 1968. However "I'll Be Here In The Morning," just like Townes and Don Williams, proved to be timeless.

Recorded live (as can be seen below in the video). Don's version does what Don Williams does, which is approach a song with such a gentle touch, it revives memory like the sunlight and the feel of the air at the change of seasons. Tasteful instrumentation, including light entrances by banjo, steel guitar, and harmonica embellish the recording, while a two-tone Waylon-esque bass beat drives the song and lead electric guitar indicative of a Mark Knopfler style, and classical acoustic guitar offer a break to Don's effortless, caramel-swirled vocal tones, holding the words of Van Zandt's work like a proud father holds his child for the first time.



EXHIBIT

A-2






- [Home](#)
- [About](#)
- [Mailing List](#)
- [Radio](#)
- [LIVE](#)
- [Contact](#)
- [Charter](#)
- [Advertise](#)



May
12

# Jett Williams Arrested for Second DUI Charge In 3 Months

May 12, 2014 - By Trigger // News // 9 Comments



Photo: Courtesy of Wilson County, TN



The legal troubles continue for Jett Williams Adkinson, the 61-year-old daughter of country legend Hank Williams Sr. and the half-sister of Hank

Williams Jr. For the second time in three months, one of country music's most famous daughters has been arrested for DUI in Wilson County, TN, east of Nashville  She was stopped Friday May 9th at 11 PM, and was arrested for both DUI and for Violation of Implied Consent, meaning she refused to submit to a sobriety test. She was released Saturday morning on a $1,500 bond.

Jett was also arrested on February 25th for DUI, also in Wilson County when she was observed swerving in between lanes in her 1998 Jaguar at 2:30 AM  She failed a field sobriety test, and was also cited for not wearing her seat belt and having no proof of insurance before being released on $1,000 bond. Jett's current residence is in Hartsville, TN in Wilson County.

Jett Williams is a country music performer and the co-executor of the Hank Williams estate. She is the daughter of Hank Williams Sr. and Bobby Jett, who Hank had a brief relationship with between his two marriages. She was born five days after Hank's death, and was adopted by Hank's mother, Lillian Stone after her birth  When Lillian passed away in 1955, Jett became a ward of the state before being adopted, and lost touch with her Hank Williams lineage  In 1985, she was found by the Alabama State Court to be the daughter of Hank Williams, and was awarded a half-share of the estate. Jett's husband, lawyer Keith Adkinson, died in June of 2013.

Tags: 2nd DUI, arrested, DUI, Hank Williams, Jett Williams

## Convert Audio To Mp3 Free

Browse, Listen, Convert Audios of Various Audio Formats - Get App!

**Share this article:**    

8+1   2

## 9 Comments to "Jett Williams Arrested for Second DUI Charge In 3 Months"



**Camie jo** May 12, 2014 at 7 30 pm

Admitting to yourself and others that you have a drinking problem, is a great first step requiring courage and strength of conviction.

With the support of well trained professionals, she can make it back from a downward spiral

Please, do this before you hurt others and yourself

 7 likes

Reply



**loungeymrt** May 13, 2014 at 5:55 am

Seems to run in the family I guess

But what I never understand with rich people and DUI's…they HAVE the $ to either call a cab or even have a driving service cart them around .  why they always get popped for these mystifies me  ..

 1 likes

Reply



**Tom** May 14, 2014 at 10:37 am

Judgement is the first thing that goes when you have a few drinks. Stone sober one might say "If I feel like I've had a few too many I'll call a cab " Unfortunately when one reaches that point he or she isn't likely to realize that a cab is needed.

 1 likes

Reply



**CAH** May 13, 2014 at 8 06 am

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-913-372

**Effective date of
registration:**
February 5, 2014

---

**Title** ─────────────────────────────────────────────

Title of Work: Saving Country Music Articles January 14th, 2014 to February 5th, 2014

**Completion/Publication** ─────────────────────────

Year of Completion: 2014

Date of 1st Publication: January 14, 2014     Nation of 1st Publication: United States

**Author** ─────────────────────────────────────────

■ Author: Kyle Coroneos

Author Created: text

Citizen of: United States

**Copyright claimant** ─────────────────────────────

Copyright Claimant: Kyle Coroneos

4611 Granny Dr., Del Valle, TX, 78617

**Rights and Permissions** ──────────────────────────

Name: Kyle Coroneos

Email: kylecor42@hotmail.com

**Certification** ──────────────────────────────────

Name: Kyle Coroneos

Date: February 5, 2014

---

Correspondence: Yes

Page 1 of 1



EXHIBIT
B

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

## TX 7-913-385

**Effective date of
registration:**

May 6, 2014

---

**Title**

Title of Work: Saving Country Music Select Articles From 2/13/14 to 5/6/14

**Completion/Publication**

Year of Completion: 2014

Date of 1st Publication: February 13, 2014      Nation of 1st Publication: United States

**Author**

■      Author: Kyle Coroneos

Author Created: text, editing

Citizen of: United States

**Copyright claimant**

Copyright Claimant: Kyle Coroneos

4611 Granny Dr., Del Valle, TX, 78617

**Rights and Permissions**

Name: Kyle Coroneos

Email: kylecor42@hotmail.com          Telephone: 541-499-9412

Address: 4611 Granny Dr.

Del Valle, TX 78617

**Certification**

Name: Kyle Coroneos

Date: May 6, 2014

---

Correspondence: Yes

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-913-380**

**Effective date of
registration:**

June 14, 2014

**Title** ───────────────────────────────

**Title of Work:** May 12th, 2014 to June 11th, 2014, & other selected works from
savingcountrymusic.com

**Completion/Publication** ───────────────

**Year of Completion:** 2014

**Date of 1st Publication:** May 12, 2014          **Nation of 1st Publication:** United States

**Author** ───────────────────────────────

■  **Author:** Kyle Coroneos

**Author Created:** text, editing

**Citizen of:** United States

**Copyright claimant** ───────────────────

**Copyright Claimant:** Kyle Coroneos

4611 Granny Dr., Del Valle, TX, 78617

**Rights and Permissions** ─────────────────

**Name:** Kyle Coroneos

**Email:** kylecor42@hotmail.com                  **Telephone:**  541-499-9412

**Address:** 4611 Granny Dr

Del Valle, TX 78617

**Certification** ─────────────────────────

**Name:** Kyle Coroneos

**Date:** June 14, 2014

**Correspondence:** Yes

Page 1 of 1



≡   **Navigation**

# COUNTRY MUSIC NATION

## Travis Tritt Has Important Advice For New Artists

January 13th, 2014

# Jos A Bank™ Official Site

Men's Summer Essentials Starting At $29.99. Shop Now, Ends
April 9!





Travis Tritt was seen as the no frills, Southern rock representative for the now legendary "Class of '89" contingent of breakout stars in country music; a class that also included Clint Black, Alan Jackson, and Garth Brooks. While his sound leaned heavy on electric guitar and he coined himself as a "No Hat" act early on along with long-time friend Marty Stuart, Travis Tritt also remained in the good graces of many of the greats that in some respects got shoved aside by the Class of '89, including Waylon Jennings.

Tritt's undeniable authenticity and straight shooting approach once had Waylon saying about him, *"Travis is about my favorite new singer. What a talent, and a writer. He hones his songs, cares about them, and he knows how to work that rock-and-roll hoofbeat so it turns into a stampede. For me, he's a cross between Hank Williams and Ray Charles…"*

# Google Play Music

Discover new music, chart toppers and
millions of songs. Try it free.

In some respects, time has forgotten just how big, and just how true Travis Tritt was back in the 90's, and that is the crux of a recent Peter Cooper-penned feature on Tritt for The Tennessean. Tritt is recording a "Travis Tritt & Friends Live Acoustic" DVD during the next couple of nights at the Franklin Theater in Nashville's famous suburb, and the stripped-down approach is a chance for Tritt to showcase his skills as a songwriter and picker, not just a full-tilt country rocker; something that Tritt is better at than some may assume (see below), and something some of Tritt's country music contemporaries would not be able to pull off.

Tritt told Peter Cooper that artists theses days are being "stifled" by the business of country music that thinks it knows what's right for artists. But according to Tritt, that's not always the case.

> *There's a mentality in the country music world of Nashville that says, "You don't know anything, and we know how to do this." It's "We know what's best for you: You get to the microphone, sing what we tell you to sing, play what we tell you to play, and you'll be fine." That scares people away from branching out and doing things that creatively are out of the box.*

> *The music business establishment does not have a crystal ball. They do not know everything that they tell you they know. I'd say to any of the new people coming out, 'Find the courage to step out and try it your way.' Otherwise, what we get is a cookie-cutter mentality that isn't good for artists who are having to portray themselves as something they aren't, or that are capable of doing so much more but are being stifled.*

-via SavingCountryMusic.com:

**Watch Travis Tritt's "Here's A Quarter (Call Someone Who Cares)" Video:**

≡   **Navigation**

# COUNTRY MUSIC NATION

## Don Williams Is Back With New Music Video [WATCH]

March 5th, 2014





For eight lonely years in the oughts we traversed the long, dark gulf between Don Williams releases, when country music's "Gentle Giant" retired to his farm to live the same warm, reflective life referenced in many of his songs with such soothing presence. A Don Williams song is like being young again and wrapped in the loving, reassuring arms of a grandparent. Sure, there's a few other

EXHIBIT
E

4/6/2015 3:07 PM

country music artists that can play songs in the mid tempo and sing so quietly to where their voice is as delicate as the sides of a soap bubble. But nobody can do it while being as cool as Don Williams.

After releasing *And So It Goes* through Sugar Hill records in 2012, Don Williams has all of a sudden become downright prolific in the new decade, and his latest release *Reflections* is due out on Sugar Hill March 11th. Ahead of the release Don teases us with a new song, an adaptation of Texas songwriting legend Townes Van Zandt's beautiful, disarming tune of love triumphing over freedom, "I'll Be Here In The Morning."

# Listen To Song

Browse, Listen, Convert Audios of
Various Audio Formats - Get App!



Released on Van Zandt's first official studio record, 1968's *For The Sake Of The Song*, "I'll Be Here In The Morning" was counter to the popular "Ramblin' Man" notions prevailing at the time in music with male musical characters issuing warnings to their lovers to not expect them to be around for long. The poetic ear the young Van Zandt displays in the song is highly worthy of recognition, even if the theme wasn't popular or resonant in 1968. However "I'll Be Here In The Morning," just like Townes and Don Williams, proved to be timeless.

Recorded live (as can be seen below in the video), Don's version does what Don Williams does, which is approach a song with such a gentle touch, it revives memory like the sunlight and the feel of the air at the change of seasons. Tasteful instrumentation, including light entrances by banjo, steel guitar, and harmonica embellish the recording, while a two-tone Waylon-esque bass beat drives the song and lead electric guitar indicative of a Mark Knopfler style, and classical acoustic guitar offer a break to Don's effortless, caramel-swirled vocal tones, holding the words of Van Zandt's work like a proud father holds his child for the first time.

-via SavingCountryMusic

≡   Navigation

# COUNTRY MUSIC NATION

## Jett Williams Arrested for Second DUI Charge In 3 Months

May 13th, 2014



J*S*A*BANK

**2 for $99**
Traveler **Dress Shirts**

**2 for $119**
Traveler **Khakis**

SHOP NOW

*Free Shipping* Offers Online!



Rick Diamond, Getty Images

The legal troubles continue for Jett Williams Adkinson, the 61-year-old daughter of country legend

Hank Williams Sr. and the half-sister of Hank Williams Jr. For the second time in three months, one of country music's most famous daughters has been arrested for DUI in Wilson County, TN, east of Nashville. She was stopped Friday May 9th at 11 PM, and was arrested for both DUI and for Violation of Implied Consent, meaning she refused to submit to a sobriety test. She was released Saturday morning on a $ 1,500 bond.

Jett was also arrested on February 25th for DUI, also in Wilson County when she was observed swerving in between lanes in her 1998 Jaguar at 2:30 AM. She failed a field sobriety test, and was also cited for not wearing her seat belt and having no proof of insurance before being released on $ 1,000 bond. Jett's current residence is in Hartsville, TN in Wilson County.



Jett Williams is a country music performer and the co-executor of the Hank Williams estate. She is the daughter of Hank Williams Sr. and Bobby Jett, who Hank had a brief relationship with between his two marriages. She was born five days after Hank's death, and was adopted by Hank's mother, Lillian Stone after her birth. When Lillian passed away in 1955, Jett became a ward of the state before being adopted, and lost touch with her Hank Williams lineage. In 1985, she was found by the Alabama State Court to be the daughter of Hank Williams, and was awarded a half-share of the estate. Jett's husband, lawyer Keith Adkinson, died in June of 2013.

-via SavingCountryMusic com

# Country Music VIP

Every month someone WINS a $100
Amazon Gift Card!

Your Email Address...



## What do you think?