IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KYLE STEPHEN CORONEOS**                                                          **PLAINTIFF**

v.                         **CASE NO. 4:15-CV-00716 BSM**

**ANDREW JACKSON SOMERS, III**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 9th of May 2016.

_____
UNITED STATES DISTRICT JUDGE